JUSTICE OJO (SB# 321723)
LAW OFFICES OF JUSTICE OJO
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Telephone: 510-496-4592
Facsimile: 510-496-4601
email: justice.ojo@justiceojolaw.com

Attorney for Plaintiff
ALIA CORTEZ-BRIDGES


MICHAEL A. FARBSTEIN (SB# 107030)
H. ANN LIROFF (SB# 113180)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, CA 94402-3518
Telephone: 650-554-6200
Facsimile:  650-554-6240
email: maf@farbstein.com
email: hal@farbstein.com

Attorneys for Defendant
DE LA SALLE ACADEMY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIA CORTEZ-BRIDGES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DE LA SALLE ACADEMY, INC.,<br><br>　　　　Defendant(s). | CASE NUMBER:  3:20-cv-07896-LB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　　The parties to the above-entitled action jointly submit this STIPULATION  & PROPOSED ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.

The parties settled this action on or around May 14, 2021and have fully executed the terms of the settlement agreement. As such, Plaintiff ALIA CORTEZ-BRIDGES and Defendants DE LA SALLE ACADEMY INC., acting by and through their attorneys of record, hereby stipulate for an Order of Dismissal of the Entire Action with Prejudice, with each side to bear their own fees and costs associated with the matter.

IT IS SO STIPLUATED.

Respectfully submitted.

Dated: 06/28/21          LAW OFFICES OF JUSTICE OJO

                         By:   /s/ Justice Ojo
Justice Ojo                    Counsel for Plaintiff
                               ALIA CORTEZ-BRIDGES


Dated:07/01/21                 /s/ Michael A. Farbstein
                               Counsel for Defendant
                               DE LA SALLE ACADEMY, INC.

## [PROPOSED] ORDER

Having considered the parties' stipulation and good cause appearing, the Entire Action is Dismissed with Prejudice. Each side to bear their own fees and cost.




IT IS SO ORDERED.


Dated: _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE